UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL DEFENSE CENTER, CENTER FOR BIOLOGICAL DIVERSITY**, **THE CONSERVATION ANGLER,** and **WILLAMETTE RIVERKEEPER**,<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,**<br><br>Defendants. | Case No. 3:23-cv-01335-SI |

**JOINT NOTICE OF RELATED CASE**

Pursuant to Civil L.R. 42-2, counsel for the parties in the above-captioned matter state as follows:

On January 6, 2025, *amici* Oregonians for Floodplain Protection ("Oregonians") filed a lawsuit in the U.S. District Court for the District of Columbia (Civ. No. 1:25-cv-00039) (complaint filed herewith as Exhibit 1). Among other claims, the Oregonians challenge the Federal Emergency Management Agency ("FEMA") Pre-Implementation Compliance Measures ("PICM") that are the subject of the parties' summary judgment briefing in the above-captioned matter.

On January 7, 2025, the Oregonians filed a motion for preliminary injunction concerning the PICM. On January 9, 2025, the Plaintiffs in the above-captioned matter filed a motion to intervene as defendants in the District of Columbia matter. These motions are currently pending.

Respectfully submitted,

LISA L. RUSSELL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Date: January 23, 2025

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Senior Trial Attorney
Wildlife and Marine Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0204
Fax: 202-305-0275
E-mail: mark.brown@usdoj.gov

Attorneys for Defendants

*/s/ Chelsea Stewart-Fusek*
Chelsea Stewart-Fusek, OSB # 224994
Center for Biological Diversity
P.O. BOX 11374
Portland, OR 97211
Telephone: (971) 717-6425
Email: cstewartfusek@biologicaldiversity.org

*/s/ Mary Stites*
Mary Stites, OSB # 225005
Northwest Environmental Defense Center
10101 S. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503)-768-6726
Email: mary@nedc.org

*/s/ Ryan Shannon*
Ryan Shannon, OSB # 155537

Center for Biological Diversity
P.O. BOX 11374
Portland, OR 97211
Telephone: (971) 717-6407
Email: rshannon@biologicaldiversity.org

Attorneys for Plaintiffs

3