UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL DEFENSE CENTER**, **CENTER FOR BIOLOGICAL DIVERSITY**, **THE CONSERVATION ANGLER,** and **WILLAMETTE RIVERKEEPER**,<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,**<br><br>Defendants. | Case No. 3:23-cv-01335-SI |

**FEDERAL DEFENDANTS' NOTICE OF RESTORATION OF APPROPRIATIONS**

Pursuant to the Court's Order of October 1, 2025 (ECF No. 42) Federal Defendants hereby notify the Court that appropriations were restored on November 12, 2025.

Dated: November 14, 2025         Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN, Senior Trial Attorney
D.C. Bar No. 470050
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

1

Tel: (202) 532-3103
Email: mark.brown@usdoj.gov

*Counsel for Federal Defendants*