**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

**NORTHWEST ENVIRONMENTAL DEFENSE CENTER, CENTER FOR BIOLOGICAL DIVERSITY, THE CONSERVATION ANGLER,** and **WILLAMETTE RIVERKEEPER,**

Plaintiffs,

v.

**FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,**

Defendants.

Case No. 3:23-cv-01335-SI

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPPOSITION TO PLAINTIFFS' MOTION TO ALTER OR AMEND ORDER AND JUDGMENT (Dkt. No. 54)**

Pursuant to LR 16-3, Federal Defendants (Federal Emergency Management Agency, Markwayne Mullin[1], in his official capacity, and Robert J. Fenton Jr.[2], in his official capacity) hereby move for an after-the-fact enlargement of time, to and including May 14, 2026, to file Federal Defendants' Memorandum (Dkt. No. 56) in Opposition to Plaintiffs' Motion to Alter or Amend Order and Judgment (Dkt. No. 54).

In support of this motion, undersigned counsel states as follows:

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Markwayne Mullin is automatically substituted for Kristi Noem.
[2] Pursuant to Federal Rule of Civil Procedure 25(d), Senior Official Performing the Duties of the FEMA Administrator Robert J. Fenton Jr. is automatically substituted for Deanne Criswell.

1. Undersigned counsel mistakenly calendared Federal Defendants' response as being due 21 days after Plaintiffs' filing, pursuant to LR 7(f), rather than 14 days pursuant to LR 7(e). Undersigned counsel apologizes to the Court and the parties for this oversight.

2. There is good cause for the requested extension to and including May 14, 2026. Undersigned counsel filed the Federal Defendants' memorandum in response to Plaintiffs' motion to reconsider the Court's decision on the parties cross-motions for summary judgment on May 14, 2026 (Dkt. No. 56), within the 21-day time period applicable to motions for summary judgment pursuant to LR 7(f). Plaintiffs' motion is now fully briefed. Therefore, the proposed extension will not further affect existing deadlines, settings, or schedules.

3. Pursuant to LR 7-1, opposing counsel has authorized counsel for the Federal Defendants to state that the Plaintiffs take no position on this motion.

Therefore, Federal Defendants respectfully move for an after-the-fact extension of time, to and including May 14, 2026, to file Federal Defendants' Memorandum in Opposition (Dkt. No. 56) to Plaintiffs' Motion to Alter or Amend Order and Judgment (Dkt. No. 54).

Dated: June 4, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN, Senior Trial Attorney
D.C. Bar No. 470050
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-3103
Email: mark.brown@usdoj.gov

*Counsel for Federal Defendants*